UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CLAUDIE ANCAR | § | DOCKET NO. 2:23-CV-04382 |
| | § | |
| VERSUS | § | |
| | § | JUDGE: JANE TRICHE MILAZZO |
| CENTAURI SPECIALTY | § | |
| INSURANCE COMPANY | § | |
| | § | MAGISTRATE JUDGE: KAREN |
| | § | WELLS ROBY |

## ORDER

Considering the foregoing Motion to Dismiss Without Prejudice filed by Plaintiff;

**IT IS ORDERED** that the Motion is **GRANTED** and that this matter be and hereby is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, the 5th day of February, 2024

_____
JANE TRICHE MILAZZO   2/5/24
UNITED STATES DISTRICT JUDGE